IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN VASCONCELLOS,

    Plaintiff,

v.

SARA LEE BAKERY, *et al*.,

    Defendants.

No. C 13-2685 SI

**ORDER TO SHOW CAUSE REGARDING UNOPPOSED MOTION TO DISMISS**

Defendant's motion to dismiss the amended complaint is scheduled for a hearing on November 7, 2013. Plaintiff's opposition to the motion was due by September 11, 2013. Plaintiff did not file an opposition, and has not responded to inquiries from the Court's Clerk regarding the status of this motion. Plaintiff is hereby ORDERED TO SHOW CAUSE in writing no later than **November 1, 2013**, whether plaintiff opposes the motion and intends to prosecute this case. If plaintiff wishes to oppose the motion, plaintiff must file an opposition no later than **November 1, 2013**, and defendant shall file an opposition by **November 8, 2013**, and the Court will hold a hearing on the motion on **November 22, 2013** at **9:00 am.**

The November 7, 2013 hearing and case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: October 22, 2013

SUSAN ILLSTON
United States District Judge