IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN VASCONCELLOS,   No. C 13-02685 SI

       Plaintiff,   **PRETRIAL PREPARATION ORDER**

  v.

SARA LEE BAKERY,

       Defendant.
                                              /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 23, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 29, 2014.

DESIGNATION OF EXPERTS: 9/12/14; REBUTTAL: 9/26/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 10, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by October 17, 2014;

    Opp. Due October 31, 2014;  Reply Due November 7, 2014;

    and set for hearing no later than November 21, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 13, 2015 at 3:30 PM.

JURY TRIAL DATE: January 26, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  4  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Any amended complaint shall be filed no later than 2/28/14.
This case shall be referred the Court's ENE program and the ENE session shall occur by 4/25/14.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/21/14

                                                  SUSAN ILLSTON
                                                  United States District Judge